UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

JIAXI HU, MENGFANG LI, XIAOYAN
WU, WEI REN, RUIMIN CHEN, JIANLI
DU, JIMEI ZHANG, ZHENPING HAO, JIE
CUI AND GUIYING WANG,

Case No. 1:15-cv-709-MRB

    Plaintiffs,

v.

TERRY CHAN, GARY CHAN, MARTIN
ANGIULLI, ANGIULLI, INC., KENTUCKY
REGIONAL CENTER, LLC D/B/A
MIDWEST EB-5 REGIONAL CENTER,
SV ARX, LLC, DANTE BELLA, LLC AND
JEFFREY JACOBS,

    Defendants.
_____/

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT CHRISTOPHER M. LACEY

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs, Jiaxi Hu, Mengfang Li, Xiaoyan Wu, Wei Ren, Ruimin Chen, Jianli Du, Jimei Zhang, Zhenping Hao, Jie Cui, and Guiying Wang ("Plaintiffs") hereby dismiss all claims asserted against Defendant Christopher M. Lacey without prejudice.  This dismissal does not affect the remaining claims against the remaining Defendants, as set forth in the Second Amended Complaint.

Dated this 7th day of May, 2018.

                                                                    */s/Christopher D. Stock*
                                                                      Paul M. De Marco
                                                                       Ohio Bar No. 0041153
                                                                       Email:  Pdemarco@msdlegal.com
                                                                       Christopher D. Stock
                                                                       Ohio Bar No. 0075443
                                                                       Email:  cstock@msdlegal.com
                                                                       MARKOVITS, STOCK AND DE MARCO, LLC
                                                                       3825 Edwards Road, Suite 650
                                                                       Cincinnati, OH 45209
                                                                       (513) 651-3700/Facsimile (513) 665-0219

*and*

> */s/David J. George*
> David J. George
> Florida Bar No. 898570
> Email:  dgeorge@gunster.com
> GUNSTER, YOAKLEY & STEWART, P.A.
> 777 South Flagler Drive, Suite 500 East
> West Palm Beach, FL 33401-6194
> (561) 655-1980/Facsimile (561) 655-5677
> *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFIY that on May 7, 2018, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system, which will send notifications of such filing to all counsel of record.

> */s/David J. George*
> David J. George

2

**SERVICE LIST**
**Hu v. Chan**
**Case No. 1:15-cv-709-SSB-SKB**

| | |
|---|---|
| Jennifer K. Nordstrom, Esq.<br>Garvey Shearer Nordstrom PSC<br>11260 Chester Road, Suite 260<br>Cincinnati, OH 45246<br>513-445-3373<br>866-675-3676 – Fax<br>Email:  jnordstrom@garveyshearer.com<br>*Via EM/ECF* | Mason N. Floyd, Esq.*<br>Leigh D. Roadman, Esq.*<br>Clark Hill PLC<br>135 South LaSalle Street, Suite 3200<br>Chicago, IL 60603<br>Email:  mfloyd@clarkhill.com<br>            lroadman@clarkhill.com<br>*\*Pro Hac Vice*<br>*Via EM/ECF* |
| Martha L. Boyd, Esq.<br>Baker, Donelson, Bearman, Caldwell &<br>Berkowitz, P.C.<br>211 Commerce Street<br>Nashville, TN 37201<br>Email:  mboyd@bakerdonelson.com<br>*Via EM/ECF* | Mark. D. Griffin, Esq.*<br>Lori H. Patterson, Esq.*<br>Mary Wu, Esq.*<br>Baker, Donelson, Bearman, Caldwell &<br>Berkowitz, P.C.<br>1658 Madison Avenue, Suite 2000<br>Memphis, TN 38103<br>Email:  mgriffn@bakerdonelson.com<br>            lpatterson@bakerdonelson.com<br>            mwu@bakerdonelson.com<br>*\*Pro Hac Vice*<br>*Via EM/ECF* |
| Paul M De Marco, Esq.<br>Christopher D Stock, Esq.<br>Markovits, Stock & DeMarco<br>119 E. Court Street, Suite 530<br>Cincinnati, OH 45202<br>Email:  pdemarco@msdlegal.com<br>            demarcoworld@yahoo.com<br>            cstock@msdlegal.com<br>*Via EM/ECF* | David J. George, Esq.*<br>GUNSTER, YOAKLEY & STEWART, P.A.<br>777 South Flagler Drive, Suite 500 East<br>West Palm Beach, FL 33401-6194<br>Email:            dgeorge@gunster.com<br>*\*Pro Hac Vice*<br>*Via EM/ECF* |

WPB_ACTIVE 8494316.1